IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LLOYD EUGENE BROWN | C/A No. 2:06-390-RBH |
| Plaintiff, | |
| vs. | |
| JOHN LAMANNA, Warden of FCI Edgefield, WAYNE SMITH, Camp Administrator, BRIAN FINNERTY, Special Housing Unit Lieutenant, and JASON KAPRAL, Special Housing Unit Officer, | |
| Defendants. | |
| Lloyd Eugene Brown, | C/A No. 2:09-434-RBH |
| Plaintiff, | |
| v. | |
| Rex Blocker MD, and Louisa Rosario HSA in their individual capacities, | |
| Defendants. | |

**ORDER OF DISMISSAL**

It appearing to the Court that the compromise settlement heretofore agreed upon and stipulated in the titled cases by and between Lloyd Eugene Brown, Plaintiff, and the named Defendants, has been consummated,

NOW, THEREFORE, on motion of the attorneys for the named Defendants, and by and with the consent of Lloyd Eugene Brown, *pro se* Plaintiff, it is hereby

ORDERED, DECREED AND ADJUDGED that these actions, be, and the same are hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of November, 2010.

s/ R. Bryan Harwell<br>
R. BRYAN HARWELL<br>
UNITED STATES DISTRICT JUDGE